IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:19 CR 779 |
| ANTONIO WOODS, | ) Title 18, United States Code, |
| | ) Sections 922(g)(1) and |
| | ) 924(a)(2) |
| Defendant. | ) JUDGE BARKER |

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

On or about October 18, 2019, in the Northern District of Ohio, Eastern Division, Defendant Antonio Woods, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Aggravated Robbery and Kidnapping, on or about August 20, 2008, in Case Number CR-08-510844, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 30, Gen 4, .45 caliber pistol, bearing serial number ZPF693, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.